THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:16-CR-227 |
| | : (JUDGE MARIANI) |
| BRIAN REYES, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 30TH DAY OF NOVEMBER, 2023**, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Brian Reyes' Motion for Early Termination of Supervised Release (Doc. 94) is **DENIED**.

_____
Robert D. Mariani
United States District Judge